IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FIREDISC, Inc., *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    *Defendants*. | Civil Action No. 25-cv-1134 |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR
SUMMARY JUDGMENT TWO PAGES IN EXCESS OF PAGE LIMIT**

Plaintiffs FIREDISC, Inc., Ryan Wholesale, Inc., and The Game Manufacturers Association move pursuant to Rule CV-7(c)(2) for leave to file a Motion for Summary Judgment exceeding the 20-page limit by two pages. That proposed Motion is attached hereto as Exhibit 1.

Plaintiffs are two small businesses and an association of small businesses that depend on imports to operate. Their Complaint challenges as unlawful a series of Executive Orders in which President Trump has unilaterally imposed massive tariffs on imports from approximately 180 countries. The President imposed the tariffs in a series of Executive Orders in which he claimed "emergency" authority under the International Emergency Economic Powers Act (IEEPA). Plaintiffs contend that the tariffs are unlawful because IEEPA does not grant the President tariff authority. Plaintiffs are suffering serious economic injury because of the unlawful tariffs.

The additional pages in Plaintiffs' Motion for Summary Judgment are warranted because the tariffs present an issue of first impression this circuit and national significance. A full explanation of why the tariffs are unlawful will assist the Court. An additional reason for grant of

this motion is that Plaintiffs' Motion for Summary Judgment will dispose of the entire case if it is granted and so conserve judicial resources.

Plaintiffs have not conferred with counsel for Defendants because that counsel has not yet entered an appearance.

WHEREFORE, Plaintiffs respectfully request that the Court grant them leave to file a Motion for Summary Judgment of 22 pages.

Respectfully submitted,

/s/ *John J. Vecchione*
John J. Vecchione
Andrew J. Morris*
NEW CIVIL LIBERTIES ALLIANCE
4250 N. Fairfax Drive, Suite 300
Arlington, VA 22203
Tel.: (202) 869-5210
Fax: (202) 869-5238
john.vecchione@ncla.legal
andrew.morris@ncla.legal

* Pro hac vice application pending

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2025, the foregoing Plaintiffs' Motion to Exceed Page Limits, including Exhibit 1 (Plaintiffs' Motion for Summary Judgment) was served on the following parties as shown below.

**By hand delivery**

- Civil Process Clerk of the U.S. Attorney's Office for the Western District of Texas, 601 N.W. Loop 410, Suite 600 San Antonio, Texas 78216-5597.

**By first-class mail**

- DONALD J. TRUMP, in his official capacity as President of the United States, Office of the President, 1600 Pennsylvania Avenue, N.W., Washington, DC 20500
- EXECUTIVE OFFICE OF THE PRESIDENT, 1600 Pennsylvania Avenue, N.W., Washington, DC 20500
- DEPARTMENT OF HOMELAND SECURITY, MS 0525 Department of Homeland Security, 2707 Martin Luther King Jr Ave SE, Washington, DC 20528-0525
- PETE R. FLORES, in his official capacity as Acting Commissioner for U.S. Customs and Border Protection, 1300 Pennsylvania Avenue, NW, Washington, DC 20229
- KRISTI NOEM, Office of the Executive Secretary, MS 0525 Department of Homeland Security, 2707 Martin Luther King Jr Ave SE, Washington, DC 20528-0525
- PAMELA BONDI, Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001
- U.S. CUSTOMS AND BORDER PROTECTION, 1300 Pennsylvania Avenue, NW, Washington, DC 20229
- UNITED STATES OF AMERICA c/o Pamela Bondi, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

*/s/ John J. Vecchione*
John J. Vecchione