IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FIREDISC, INC., et al., | § | NO. 1:25-CV-1134-DAE |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| vs. | § | |
| | § | |
| DONALD J. TRUMP, et al., | § | |
| | § | |
| *Defendants*. | § | |
| _____ | § | |

## ORDER

On this day came to be considered Defendants' Opposed Motion for an Extension of Time to Respond to Plaintiffs' Motion for Summary Judgment ("the Motion"), in the above-entitled and numbered cause.

Currently pending before the Court is Defendants' Motion to Transfer the case to the United States Court of International Trade ("CIT") and Defendants' Motion to Stay the case pending disposition of the Motion to Transfer. Defendants now request that the Court extend the deadline to respond to Plaintiffs' Motion for Summary Judgment, if the Motion to Stay is denied, to seven days after such denial. In their Motion for an Extension of Time, Defendants also argue that, at the very least, they should not be required to respond prior to September 19, 2025, at the earliest, which is 60 days after the Complaint was filed. Fed. R. Civ. P.

12(a)(2) (providing the Government "60 days after service on the United States attorney" to respond to a complaint). Although no proof of service has been filed in this case, Defendants indicate that the summonses were served on July 25, 2025.

Having considered the Motion and any related briefing, the Court finds that the Motion should be **GRANTED IN PART**.

It is therefore **ORDERED** that Defendants shall respond to Plaintiffs' Motion for Summary Judgment on or before **September 23, 2025**.

**DATED**: Austin, Texas, August 26, 2025.

_____
David Alan Ezra
Senior United States District Judge