IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FIREDISC, Inc., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:25-cv-01134-DAE |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE
RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs FIREDISC, Inc., Ryan Wholesale, Inc., and The Game Manufacturers Association move pursuant to Rule CV-7(B) & (E) for leave to file a Response to Defendants Notice of Supplemental Authority Motion ("Response"). The proposed Response is attached hereto as Exhibit 1. Defendants do not oppose this motion. (See Certificate of Conference, below.)

The attached Response is warranted to address the Defendants' Notice of Supplemental Authority, ECF No. 19 (filed Sep. 3, 2025), which Defendants filed in support of their motion to transfer this case to the Court of International Trade, ECF No. 9 (filed July 28, 2025). That Notice of Supplemental Authority discusses an August 29, 2025 decision by the United States Court of Appeals in another case challenging the IEEPA tariffs, *V.O.S. Selections v. United States*, No. 2025-1812, 2025 WL 2490634 (Fed Cir. Aug. 29, 2025). The attached Response addresses Plaintiffs' Notice of Supplemental Authority.

2

WHEREFORE, Plaintiffs respectfully request that the Court grant them leave to file the attached Response to Defendants' Notice of Supplemental Authority.

                                        Respectfully submitted,

                                        /s/ *John J. Vecchione*
                                        John J. Vecchione
                                        Andrew J. Morris*
                                        NEW CIVIL LIBERTIES ALLIANCE
                                        4250 N. Fairfax Drive, Suite 300
                                        Arlington, VA 22203
                                        Tel.: (202) 869-5210
                                        Fax: (202) 869-5238
                                        john.vecchione@ncla.legal
                                        andrew.morris@ncla.legal

                                        * Admitted *pro hac vice*

                                        *Counsel for Plaintiffs*

## CERTIFICATE OF CONFERENCE

I hereby certify that I emailed counsel for Defendants on September 8, 2025 and requested consent for this motion. Counsel for Defendants responded that Defendants do not oppose this motion.

/s/ Andrew J. Morris
Andrew J. Morris

## CERTIFICATE OF SERVICE

      I certify that on September 10, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filling to the following CM/ECF participants.

Luke Mathers
Trial Attorney
International Trade Field Office
26 Federal Plaza, Room 346
New York, NY 10278

                                                            /s/ Andrew J. Morris
                                                            Andrew J. Morris