In the United States District Court
For the Western District of Texas
Austin Division

| | |
|---|---|
| **FIREDISC, Inc., *et al.*,**  *Plaintiffs*,  v.  **Donald J. Trump, in his official capacity as President of the United States, *et al.*,**  *Defendants.* | **Case No. 1:25-cv-01134-DAE** |

**NOTICE OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(i) <u>SOLELY AS TO PLAINTIFF RYAN WHOLESALE, INC.</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Ryan Wholesale, Inc. ("Ryan") hereby dismisses all claims as to all Defendants in this action, without prejudice. Ryan has determined it no longer wishes to pursue this litigation. Defendants have not answered the Complaint or conducted any discovery. The other Plaintiffs continue to pursue their claims as set out in the Complaint.

<u>/s/ *John J. Vecchione*</u>
John J. Vecchione
Andrew J. Morris*
NEW CIVIL LIBERTIES ALLIANCE
4250 N. Fairfax Drive, Suite 300
Arlington, VA 22203
Tel.: (202) 869-5210
Fax: (202) 869-5238
john.vecchione@ncla.legal
andrew.morris@ncla.legal

* admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I certify that on December 10 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sends notification of such filing to the following CM/ECF participants.

>Luke Mathers
>Trial Attorney
>International Trade Field Office
>26 Federal Plaza, Room 346
>New York, NY 10278


>*/s/ John J. Vecchione*
>John J. Vecchione