IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FIREDISC, INC., et al., | § | NO. 1:25-CV-1134-DAE |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| vs. | § | |
| | § | |
| DONALD J. TRUMP, et al., | § | |
| | § | |
| *Defendants*. | § | |
| _____ | § | |

## ORDER

Before the Court is the status of the above-captioned case.  On July 28, 2025, Defendants filed an opposed motion to transfer this action to the United States Court of International Trade (CIT) pursuant to 28 U.S.C. § 1631.  (Dkt. # 9.) At the same time, Defendants filed an opposed motion to stay the case pending disposition of their Motion to Transfer.  (Dkt. # 10.)  Plaintiffs opposed both motions and filed a Motion for Summary Judgment.  (Dkts. ## 11; 12; 14.)

On September 11, 2025, the Court stayed this case and ordered that all further proceedings be abated until the Supreme Court issued a ruling in Learning Res., Inc. v. Trump, No, 25-1248, 2025 WL 1525376 (D.D.C. May 29, 2025), cert. granted before judgment, 2025 WL 2601021 (U.S. Sept. 9, 2025) (No. 24- 1287). The Supreme Court issued its ruling in that case on February 20, 2026, holding, *inter alia*, that this Court lacks jurisdiction to hear challenges to Defendants' levy

of tariffs under the International Emergency Economic Powers Act ("IEEPA"). Learning Res., Inc. v. Trump, 146 S. Ct. 628, 637 n.1 (2026).  On April 1, 2026, Plaintiffs withdrew their opposition to Defendants' Motion to Transfer and advised the Court of their consent to transfer to the CIT.  (Dkt. # 26.)

Accordingly, the Court hereby **LIFTS** the stay in this case. Furthermore, because this Court finds that (1) the CIT has subject matter jurisdiction over this case; (2) this Court lacks jurisdiction; and (3) transfer serves the interest of justice, the Court **GRANTS** Defendants' Motion to Transfer, (Dkt. # 9).  28 U.S.C. § 1631; Turner v. Harvard MedTech of Nevada, LLC, 620 F. Supp. 3d 569, 576 (W.D. Tex. 2022) (citation omitted) (describing when transfer pursuant to § 1631 is proper).  This cause shall therefore be transferred to the United States Court of International Trade.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, April 14, 2026.

_____
David Alan Ezra
Senior United States District Judge

2